IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CIVIL ACTION NO. 16-2820 |
| | : | |
| v. | : | |
| | : | |
| KAREEM CAMERON | : | CRIMINAL ACTION NO. 14-633-01 |

## ORDER

**AND NOW**, this 14th day of December, 2016, upon consideration of Kareem Cameron's Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. § 2255 (Docket No. 76), Motion to Appoint Counsel (Docket No. 79), and Motion for Expedited Review (Docket No. 81), all documents filed in connection with the three Motions, and for the reasons stated in the accompanying Memorandum, **IT IS HEREBY ORDERED** as follows:

1.      The Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. § 2255 is **DENIED**;

2.      The Motion to Appoint Counsel is **DENIED**;

3.      The Motion for Expedited Review is **DENIED**;

4.      As Cameron has failed to make a substantial showing of the denial of a constitutional right, there is no basis for the issuance of a certificate of appealability.

5.      The Clerk is directed to **CLOSE** Civil Action No. 16-2820.

BY THE COURT:

/s/ John R. Padova

_____
John R. Padova, J.